PS 42
(2/98)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

FILED
STATESVILLE, N.C.

MAY 18 2005

U.S. DISTRICT COURT
W. DIST. OF NC

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | |
| | ) | |
| Jerry Gerard Parson | ) | Case No. 5:04CR18-11-V |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jerry Gerard Parson, have discussed with R. Scott Lunsford, Probation Officer, modification of my release as follows:

Defendant Parson has complied with curfew since his release on 10-8-04, and his pending state charge of Assault on a Female was dismissed on 5-10-05; therefore, his curfew shall be stricken. Mr. Parson shall comply with all remaining conditions of his bond.

I consent to this modification of my release conditions and agree to abide by this modification.

X [signature] Jerard Parson          5-13-05
Signature of Defendant               Date

This Modification Order has been discussed with USA Gretchen C.F. Shappert, and he/she concurs with my recommendation.

[signature] R. Scott Lunsford         5-13-05
USPO R. Scott Lunsford               Date

Reviewed and Approved: [signature] Christine S. Nickel          5-13-05
                       SUSPO Christine S. Nickel                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____               _____
Signature of Defense Counsel          Date

[X] The above modification of conditions of release is ordered, to be effective on 5/16/05.
[ ] The above modification of release is not ordered.

[signature] Carl Horn, III            5/16/05
Carl Horn, III                        Date
U.S. Magistrate Judge

RECEIVED

cc:  AUSA        Defendant        Defense Attorney        PSI Officer